**Order entered March 11, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00169-CV

### WORLDVENTURES MARKETING, LLC D/B/A WORLDVENTURES, Appellant

### V.

### TRAVEL TO FREEDOM, LLC, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-04088-2019**

### ORDER

Before the Court is appellant's March 4, 2020 first unopposed motion for extension of time to file its brief. We **GRANT** the motion and **EXTEND** the time to March 24, 2020.

/s/     KEN MOLBERG
        JUSTICE